**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(a)

Robert A. Rich (RR 4892)
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1132
rrich2@hunton.com

*Attorneys for RBS Citizens*

Order Filed on March 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Joann E Kittrell

                              Debtor(s).

Case No.:   11-20782

Chapter:  13

Honorable Judge Vincent F. Papalia

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: March 27, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of Claim No. 2-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.